**George J. BUZAS, Appellant, v. Peter CASSENOS and Joseph P. Moore, Sheriff of the County of Napa, State of California, Appellee.**

No. 10991.

Circuit Court of Appeals, Ninth Circuit.

Oct. 18, 1945.

Max H. Margolis and Herbert Chamberlin, both of San Francisco, Cal., and Brantley W. Dobbins, of Vallejo, Cal., for appellant.

King, King & Ghidella, of Napa, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

By direction of the Court, and after consideration of the transcript of record herein, brief filed and arguments by counsel for appellant, ordered that the appeal in this cause be dismissed, for want of jurisdiction, that a decree be filed and entered ac-

cordingly and that the mandate of this court in this cause issue according to Rule 28.